# RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Southern District of New York

Case Number: 24-CV-00373

Plaintiff: **ALTA PARTNERS, LLC**
vs.
Defendant: **SAFETY SHOT, INC.**


BII2024000533

For:
Jeffrey Mueller, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103

Received by Burke Process Service on the 24th day of January, 2024 at 4:17 pm to be served on **SAFETY SHOT, INC., 1061 E INDIANTOWN RD, STE 110, JUPITER, FL 33477**.

I, Ivana Linic, do hereby affirm that on the **6th day of February, 2024** at **1:40 pm, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE OF INITIAL PRETRIAL CONFERENCE, INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES, NOTICE OF APPEARANCE, NOTICE OF APPEARANCE, SDNY ELECTRONIC CASE FILING RULES & INSTRUCTIONS** with the date and hour of service endorsed thereon by me, to: **Brian John** as **CEO, employed therein and authorized to accept service** for **SAFETY SHOT, INC.**, at the address of: **1061 E INDIANTOWN RD,, Suite 110, JUPITER, FL 33477**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'5", Weight: 170, Hair: Blonde, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2). I certify that I am over the age of 18, have no interest in the above action and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Ivana Linic
CPS # 3053

Burke Process Service
10200 W. State Road 84
Suite 218
Davie, FL 33324
(954) 514-0116

Our Job Serial Number: BII-2024000533
Ref: 802547/000080

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

AO 440 (Rev. 06/12)  Summons in a Civil Action

```
DELIVERED  2/6/2024 1:40 PM
SERVER     IL
LICENSE    CPS # 3053
```

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ALTA PARTNERS, LLC, <br><br> *Plaintiff(s)* <br> v. <br><br> SAFETY SHOT, INC., <br><br> *Defendant(s)* | Civil Action No. 24-cv-00373 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Safety Shot, Inc.
1061 East Indiantown Road, Suite 110
Jupiter, Florida 33477

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Mueller
Matthew Letten
Day Pitney LLP
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/19/2024                                       /S/ V. BRAHIMI
                                                       *re of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-00373

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                        _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*

                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc: