UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTA PARTNERS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>SAFETY SHOT, INC.,<br><br>     Defendant. | Case No. 24-cv-373 |

**DEFENDANT SAFETY SHOT, INC.'S NOTICE OF
MOTION FOR JUDGMENT ON THE PLEADINGS**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant Safety Shot, Inc.'s ("Safety Shot") Motion for Judgment on the Pleadings, Declaration of Eric Benzenberg, Esq., dated April 16, 2024, and all pleadings and proceedings herein, Safety Shot will move this Court before the Honorable Jesse M. Furman, United States District Judge, in Courtroom 1105 located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time designated by the Court, for an Order: (1) granting Safety Shot's motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c); (2) dismissing Plaintiff Alta Partners, LLC's complaint in its entirety; (3) entering judgment in favor of Safety Shot; and (4) granting such other and further relief as the Court deem just and proper.

Dated: April 23, 2024              Respectfully submitted,

                             THE BASILE LAW FIRM P.C.

                              /s/ Eric J. Benzenberg
                              Eric J. Benzenberg, Esq.

2

        Christopher M. Basile, Esq.
390 N. Broadway, Ste. 140
Jericho, NY 11753
Tel.:    (516) 455-1500
Fax:    (631) 498-0748
Email: eric@thebasilelawfirm.com
        chris@thebasilelawfirm.com

*Attorneys for Defendant Safety Shot, Inc.*

2