UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ALTA PARTNERS, LLC, :
:
Plaintiff, :
: 24-CV-373 (JMF)
-v- :
: ORDER
:
SAFETY SHOT, INC., :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Yesterday, Plaintiff filed an Amended Complaint.  *See* ECF No. 30.  Accordingly, Plaintiff's motion to strike, ECF No. 25, is hereby DENIED as moot without prejudice to renewal if Defendant later relies on its previously filed answer or continues to assert the at-issue defense in any new answer, *see* ECF No. 28.

    The Clerk of Court is directed to terminate ECF No. 25.

    SO ORDERED.

Dated: May 15, 2024  
       New York, New York                         _____
                                                           JESSE M. FURMAN
                                             United States District Judge