UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTA PARTNERS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>SAFETY SHOT, INC.,<br><br>                Defendant. | Case No. 24-cv-373 |

**DEFENDANT'S NOTICE OF MOTION TO DISMISS
<u>PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant Safety Shot, Inc.'s ("Safety Shot") Motion to Dismiss Plaintiff Alta Partners, LLC's First Amended Complaint, Declaration of Eric Benzenberg, Esq., dated June 4, 2024, and all pleadings and proceedings herein, Safety Shot will move this Court before the Honorable Jesse M. Furman, United States District Judge, in Courtroom 1105 located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time designated by the Court, for an Order: (1) granting Safety Shot's motion to dismiss pursuant to Fed. R. Civ. P. 12(b); (2) dismissing Plaintiff Alta Partners, LLC's complaint in its entirety; (3) entering judgment in favor of Safety Shot; and (4) granting such other and further relief as the Court deem just and proper.

DATED:       June 4, 2024                             Respectfully submitted,

                                                                             **THE BASILE LAW FIRM P.C.**

                                                                              /s/ *Eric J. Benzenberg*
                                                                             Eric J. Benzenberg, Esq.
                                                                             Christopher M. Basile, Esq.
                                                                             390 N. Broadway, Ste. 140
                                                                             Jericho, NY 11753
                                                                             Tel.:    (516) 455-1500
                                                                             Fax:    (631) 498-0748
                                                                             Email: eric@thebasilelawfirm.com
                                                                                        chris@thebasilelawfirm.com

                                                                             *Attorneys for Defendant Safety Shot, Inc.*