UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                    :

ALTA PARTNERS, LLC,                              :

                      Plaintiff,                        :                24-CV-373 (JMF)

-v-                                         :                ORDER

SAFETY SHOT, INC.,                            :

                    Defendant.                    :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's motion to dismiss, *see* Docket No. 33, Defendant's earlier motion for judgment on the pleadings filed at Docket No. 22 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **June 18, 2024**. Defendant's reply, if any, is due by **June 25, 2024**.

      The Clerk of Court is directed to terminate Docket No. 22.

      SO ORDERED.

Dated: June 5, 2024                             _____
      New York, New York                      JESSE M. FURMAN
                                                 United States District Judge